PEOPLE ex rel. FAHNESTOCK TRANS-MITTER CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Proceedings by the people of the state of New York, on the relation of the Fahnestock Transmitter Company, against Otto Kelsey as Comptroller of the state of New York. No opinion. Determination of the Comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. FENNELLY, Respondent, v. AMALGAMATED COPPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of Joseph Fennelly, against the Amalgamated Copper Company and others. J. M. Beck, for appellants. E. J. McGuire, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. FENNELLY v. AMALGAMATED COPPER CO. et al. SAME v. UNITED COPPER CO. et al. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Proceedings by the people of the state of New York, on the relation of Joseph Fennelly, against the Amalgamated Copper Company and others, and against the United Copper Company and others. No opinion. Motions granted. See memorandum.

PEOPLE ex rel. FENNELLY, Respondent, v. UNITED COPPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of Joseph Fennelly, against the United Copper Company and others. F. R. Kellogg, for appellants. E. J. McGuire, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. HATCH, Appellant, v. REARDON, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of Albert J. Hatch, against Edward Reardon. J. F. Dillon and J. G. Milburn, for appellant. E. A. Sandford, for respondent. No opinion. Reargument ordered second week of January, 1906.

PEOPLE ex rel. LEVY, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Proceedings by the people of the state of New York, on the relation of Herman J. Levy, against Edward J. Butler, commissioner. C. E. Hunter, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LOMAX v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Proceedings by the people of the state of New York, on the relation of James M. Lomax, against Francis V. Greene, as commissioner. E. L. Crandall, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MACKENZIE, Respondent, v. MACKENZIE, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Proceedings by the people of the state of New York, on the relation of Carrie E. Mackenzie, against James C. Mackenzie. L. H. Doarly, for appellant. H. Stiefel, for respondent. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against Otto Kelsey, as Comptroller of the state of New York, as to the tax of 1902. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against Otto Kelsey, as Comptroller of the state of New York, as to the tax of 1903. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against Otto Kelsey, as Comptroller of the state of New York, as to the tax of 1904. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. O'CONNELL v. HAYES, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Proceedings by the people of the state of New York, on the relation of Robert F. O'Connell, against Nicholas J. Hayes, as commissioner. G. H. Collins, for relator. T. Connolly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. PETERSON, Appellant, v. McADOO, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of George H. Peterson, against William McAdoo. E. L. Crandall, for appellant. T. Connolly, for re-

spondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ROSENFELD v. TANNENBAUM. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people of the state of New York, on the relation of Rosie Rosenfeld, against Louis Tannenbaum. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PEOPLE ex rel. STOUTENBURGH v. HAYES, Com'r. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Proceedings by the people of the state of New York, on the relation of William A. Stoutenburgh, against Nicholas J. Hayes, as commissioner: W. S. Brewster, for relator. T. Connolly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. VENNER et al. v. NEW YORK LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Proceedings by the people of the state of New York, on the relation of Clarence H. Venner and others, against the New York Life Insurance Company and others. No opinion. Motion denied, with $10 costs. Order filed.

PHELPS, Respondent, v. PHELPS, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Susan A. Phelps against John W. Phelps.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS and RICH, JJ., vote to reduce the allowance for alimony.

PHILIP MORRIS & CO., Respondent, v. MONDHAM et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Philip Morris & Co. against Maurice B. Mondham and others. J. C. Toole, for appellant. M. Holmes, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

PILLMAN et al., Respondents, v. BILLQVIST et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Joseph C. Pillman and another against C. Edward Billqvist and another. G. L. Shearer, for appellants. J. Larkin, for respondents.

PER CURIAM. Judgment affirmed, with costs.

O'BRIEN, P. J., dissents.

PITKIN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Emma D. Pitkin, as, etc., against the New York Central & Hudson River Railroad Company. No opinion.

Motion for leave to appeal to the Court of Appeals granted.

P. J. EMMERICH CO. v. W. & J. SLOANE. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by the P. J. Emmerich Company against W. & J. Sloane. No opinion. Motion granted.

PLANT, Respondent, v. BAHR, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Solomon Plant against Mary Bahr. No opinion. Judgment and order affirmed, with costs.

PODALSKY et al., Respondents, v. IRELAND, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Appeal from Special Term, New York County. Action by Jacob Podalsky and others against John B. Ireland. From an order denying defendant's motion to vacate an order for examination of defendant before trial, he appeals. Modified and affirmed. Julius D. Tobias, for appellant. Charles L. Hoffman, for respondents.

PER CURIAM. The order should be modified, by limiting the examination of the defendant to the question of signing of the lease, and the agency of his agent in fact, purporting to be the agent who signed the lease, and, as so modified, affirmed, without costs.

POPE MFG. CO., Appellant, v. RUBBER GOODS MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by the Pope Manufacturing Company against the Rubber Goods Manufacturing Company. L. H. Friedman, for appellant. N. Ottinger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

POYET, Respondent, v. ROHE, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Romain Poyet, as administrator, against Charles Rohe. E. A. Jones, for appellant. W. N. Baylis, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J., dissents.

POUCHER v. FABER. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Charles Poucher against Leander B. Faber. No opinion. Motion denied, with $10 costs.

PRAITANO, Appellant, v. WILSON & BAILLIE MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Michele Praitano, as administrator, etc., of Frank Praitano, deceased, against the Wilson & Baillie Manufacturing Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., dissents.